William G. CARTER, Appellant,

v.

Alan BLAKE, Appellee.

No. 06–2692.

United States Court of Appeals, Eighth Circuit.

Submitted: May 22, 2007.

Filed: May 23, 2007.

William G. Carter, Farmington, MO, pro se.

Lacey Searfoss, O'Fallon, MO, Denise Leanne Thomas, Attorney General's Office, St. Louis, MO, for Appellee.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

William G. Carter appeals the district court's [1] order granting defendant's Federal Rule of Civil Procedure 12(b)(6) motion to dismiss Carter's 42 U.S.C. § 1983 complaint. Having carefully reviewed the rec-

---

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District

ord and considered Carter's arguments, we find no basis for reversal. *See Atkinson v. Bohn,* 91 F.3d 1127, 1128–29 (8th Cir.1996) (per curiam) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.